IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ABDIKHADAR A. SHEIKH ALI, | § § | |
| v. | § § | Civil No. 4:21-cv-453-SDJ-KPJ |
| MOUNTAIN RUN SOLUTIONS, LLC d/b/a PERFECTION COLLECTION, LLC *et. al.*, | § § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 22, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #41) that Plaintiff Abdikhadar A. Sheikh Ali's ("Plaintiff") Motion for Default Judgment (Dkt. #17), as amended by the Amended Motion for Default Judgment (Dkt. #38) (together, the "Motion"), be granted. On January 21, 2022, Plaintiff filed a Notice of Service (Dkt. #43), wherein Plaintiff indicated Defendant Mountain Run Solutions, LLC d/b/a Perfection Collection, LLC received a copy of the Report at its principal place of business on January 18, 2022. *See* Dkt. #43; Dkt. #43-1.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, the Motion (Dkt. #17, as amended by Dkt. #38) is **GRANTED**.

The Court will enter final judgment under separate cover.

**So ORDERED and SIGNED this 21st day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE