## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **ABDIKHADAR A. SHEIKH ALI,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **MOUNTAIN RUN SOLUTIONS,** | § | **Civil No. 4:21-cv-453-SDJ-KPJ** |
| **LLC d/b/a PERFECTION** | § | |
| **COLLECTION, LLC** *et. al.***,** | § | |
| | § | |

## FINAL DEFAULT JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge entered on this date, it is

**ORDERED, ADJUDGED, AND DECREED** that Defendant Mountain Run Solutions, LLC d/b/a Perfection Collection, LLC ("Mountain Run") is liable for, and Plaintiff Abdikhadar A. Sheikh Ali ("Plaintiff") is entitled to recover, each of the following: (1) statutory damages in the amount of $2,000.00; (2) Plaintiff's reasonable attorney's fees and costs in the amount of $3,664.50; and (3) post-judgment interest at the applicable federal rate pursuant to 28 U.S.C. § 1961, compounding annually and accruing from the date of entry of this final judgment.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 21st day of March, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE